UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYNTREL JACKSON, *also known as* SINISTER DAEVAYASNAHAM GOD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,<br><br>Defendants. | CASE NO. 3:19-cv-5475-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

(1) The Report and Recommendation is **ADOPTED**, and plaintiffs' request that this matter be certified as a class action is **DENIED WITHOUT PREJUDICE**. Further, claims other than those brought by plaintiff Jackson shall be severed from the case with cause number 3:19-cv-5475.

(2) The claims of Daniel Simms, Blake Suess, Bert Holmes, and John Fecteau are dismissed from cause number 3:19-cv-5475 without prejudice.

(3) The Clerk shall open individual cases, under four new cause numbers, for Daniel Simms, Blake Suess, Bert Holmes, and John Fecteau. In each case, the Clerk shall docket this order and the relevant individual's *in forma pauperis* application from this matter. If there is no *in forma pauperis* application, the Clerk shall docket the deficiency letter directing the relevant individual to file such an application or to pay the filing fee. *See* Dkts. 2, 3, 5, 11.

(4) Plaintiff Jackson shall file a new proposed complaint in support of his application to proceed *in forma pauperis* in this matter within 30 days of the date of this Order. The new proposed complaint must include only claims, arguments, and defendants specific to plaintiff Jackson. The Clerk shall renote plaintiff Jackson's *in forma pauperis* application for 30 days from the date of this Order.

(5) Plaintiff Simms and Mr. Suess and Mr. Fecteau shall each file new proposed complaints in support of their individual *in forma pauperis* applications, under the new cause numbers assigned to them, within 30 days of the date of this Order. Each proposed complaint must include only claims, arguments, and defendants specific to each individual in that action.

(6) If Mr. Holmes wishes to proceed with his claims, he shall comply with the Clerk's direction to either pay the filing fee or submit an application to proceed *in forma pauperis*, under the new cause number assigned to him.

(7) The Clerk shall assign the four new cases to the undersigned and shall refer them to Magistrate Judge Creatura.

**DATED** this 31st day of July, 2019

Ronald B. Leighton
United States District Judge