UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KYNTREL TREVYONE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,<br><br>Defendants. | CASE NO. 3:19-cv-05475 RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>**Noted for:** November 1, 2019 |

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

This matter is before the Court on plaintiff's request to voluntarily dismiss the action without prejudice. *See* Dkt. 20, at 1; *see also* Dkt. 22. As no opposing party has appeared—including filing an answer or summary judgment motion—plaintiff may voluntarily dismiss the action. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The dismissal is without prejudice unless plaintiff previously dismissed any federal- or state-court action based on or including the same claim, in

REPORT AND RECOMMENDATION - 1

1   which case a notice of dismissal "operates as an adjudication on the merits." Fed. R. Civ. P.

2   41(a)(1)(B). The Court is not aware of any prior dismissals of any action based on the same

3   claim.

4       Therefore, the undersigned recommends that this matter be dismissed without prejudice

5   and that the case be closed. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the

6   parties shall have fourteen (14) days from service of this Report to file written objections. *See*

7   *also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for

8   purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in

9   a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140

10  (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted).

11  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for

12  consideration on **November 1, 2019.**

13      Dated this 11th day of October, 2019.

_____
J. Richard Creatura
United States Magistrate Judge