# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KYNTREL TREVYONE JACKSON,

Plaintiff,

v.

US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,

Defendants.

CASE NO. 3:19-cv-05475 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. Pursuant to plaintiff's request and Federal Rule of Civil Procedure 41(a), this matter is **DISMISSED WITHOUT PREJUDICE**.

///

///

1   (2) The Clerk shall close the case and send copies of this order to plaintiff and Judge
2   Creatura.
3   Dated this 1st day of November, 2019.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2